# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201800096**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## ALLEN F. PIERCE
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding General, 2d Marine Division,
Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Keith
A. Parrella, USMC.
For Appellant: Captain W. Scott Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 10 July 2018

———————————

Before HUTCHISON, SAYEGH, and GEIS, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court